**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ELSEY and ROSANNA ELSEY, on behalf of themselves and a class, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2538 |
| vs. | ) ) ) | Judge Zagel Magistrate Judge Brown |
| PIERCE & ASSOCIATES, P.C., | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

     **PLEASE TAKE NOTICE** that on Tuesday, May 13, 2008 at 10:15 a.m., we will appear before the Honorable Judge James B. Zagel in Room 2503 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.**

                                                   s/ Daniel A. Edelman
                                                   Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Daniel A. Edelman, hereby certify that on May 8, 2008, the foregoing document was filed electronically using the Court's CM/ECF system. A copy of the foregoing document was served via hand delivery on the following:

Pierce & Associates, P.C.
c/o Diana N. Athanasopou, Registered Agent
One North Dearborn Street
Suite 1300
Chicago, IL 60602

                                          s/ Daniel A. Edelman
                                          Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)