# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Christopher Eisley, and ) | |
| Rosanna Eisley, on behalf of themselves ) | |
| and a class, ) | |
| ) | **Case No.: 08 C 2538** |
| Plaintiff, ) | |
| ) | **Judge Zagel** |
| v. ) | |
| ) | |
| Pierce & Associates, P.C., ) | |
| ) | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Pierce & Associates, P.C.**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06283726 | (312) 704-3157 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By:    s/Justin M. Penn
Justin M. Penn
Attorney Bar No. 06283726
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
jpenn@hinshawlaw.com

6322875v1 888937