IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Eisley and <br> Rosanna Eisley, <br> on behalf of themselves and a class, <br><br> Plaintiff, <br><br> v. <br><br> Pierce & Associates, P.C., <br><br> Defendant. | ) <br> ) <br> ) <br> ) **Case No.: 08 C 2538** <br> ) <br> ) **Judge Zagel** <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, Pierce & Associates, P.C., by its attorneys David M. Schultz and Justin M. Penn, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant a 21-day enlargement of time to file a responsive pleading to the plaintiff's Class Action Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state class action claims under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on May 5, 2008, and defendant was served on May 8, 2008. Defendant's responsive pleading is due May 28, 2008.

3. Defendant has retained defense counsel who has filed an Appearance concurrently with the instant motion. Counsel for the defendant has contacted counsel for the plaintiff to discuss the merits of this case and the underlying issues.

4. Defendant hereby requests an additional 21 days to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice

any party in the litigation. This time is necessary to analyze the pleading and class allegations and prepare the appropriate response to the plaintiff's claims.

WHEREFORE, defendant, Pierce & Associates, P.C. respectfully requests that this Court grant a 21-day enlargement of time, up to and including, June 18, 2008, to file a responsive pleading to the plaintiff's Class Action Complaint.

Respectfully submitted,

**Pierce & Associates, P.C.**

By:   s/Justin M. Penn
One of the Attorneys for Defendant

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on May 27, 2008.

                                                s/Justin M. Penn
                                                Justin M. Penn