IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Eisley and Rosanna Eisley, on behalf of themselves and a class, <br><br> Plaintiff, <br><br> v. <br><br> Pierce & Associates, P.C., <br><br> Defendant. | ) ) ) ) ) **Case No.: 08 C 2538** ) ) ) **Judge Zagel** ) ) ) ) ) ) |

**NOTICE OF MOTION**

TO:   Mr. Daniel A. Edelman
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street
      18th Floor
      Chicago, IL 60603

PLEASE TAKE NOTICE that on **June 5, 2008**, at **10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Zagel in Room 2503 of the United States District Court for the Northern District of Illinois Eastern Division, 219 South Dearborn, Chicago, Illinois and then and there present Defendant's **MOTION FOR ENLARGMENT OF TIME**, a copy of which is attached hereto and hereby served upon you.

                              **Respectfully submitted by,**


                              By: s/Justin M. Penn
                                    One of its Attorneys

David M. Schultz
Justin M. Penn
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312)704-3000
jpenn@hinshawlaw.com

6322891v1 888937

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed the above **Motion for Enlargement of Time,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        By: s/Justin M. Penn
        Justin M. Penn
        Attorney Bar No. 06283726
        HINSHAW & CULBERTSON LLP
        222 N. LaSalle Street, Ste 300
        Chicago, IL 60601
        (312) 704-3000
        jpenn@hinshawlaw.com